UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Kathleen Mooney and Nickolle Adam,
*Individually and on behalf of all others
similarly situated*

   Plaintiffs

  v.             Civil Action No. 22-12037-AK

Fresenius Medical Care Holdings, Inc.

   Defendant

ORDER OF DISMISSAL

A. KELLEY, D.J.

  In accordance with the Court's Memorandum and Order [Dkt. 74] entered on January 25, 2024, it is ORDERED that the above-entitled action be, and hereby is, DISMISSED.

          By the Court,

          /s/ Arnold Pacho
Dated: January 25, 2024     Deputy Clerk