UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN MOONEY ET AL, )<br>)<br>Plaintiff (s), )<br>) <br>v. )<br>)<br>FRESENIUS MEDICAL CARE HOLDINGS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 22-CV-12037-AK |

### SETTLEMENT ORDER OF DISMISSAL

**A. KELEY, D.J.**

The Court having been advised on October 4, 2024, that the above-entitled action has been settled:

It is hereby **ORDERED** that this action is hereby **DISMISSED** without costs and without prejudice to the right of any party, upon good cause shown, to re-open the action within sixty days (60) days if settlement is not consummated.

Dated: October 8, 2024

By the Court,

/s/ Courtney Horvath
Deputy Clerk